IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RONALD LEE CANADA,  No. C-12-5618 TEH (PR)

    Plaintiff,  ORDER OF DISMISSAL

  v.

PELICAN BAY STATE PRISON,

    Defendant.

_____/

    Plaintiff Ronald Lee Canada, an inmate housed at Pelican Bay State Prison (PBSP), commenced this action when he filed a two-page letter with the Court on November 1, 2012, alleging that a psychiatric technician at PBSP was discriminating against him based on his religious beliefs. Doc. #1. On the same day, the Clerk notified Plaintiff in writing that his action was deficient because he had neither paid the requisite $350.00 filing fee nor submitted a signed and completed court-approved in forma pauperis (IFP) application (Doc. #2). See 28 U.S.C. § 1915(a)(2). Plaintiff was advised that failure to file the requested items within thirty (30) days would result in dismissal of the action. The deadline to file the IFP application was December 17, 2012.

    The deadline to file the IFP application has passed, and Plaintiff has not filed it. This action, therefore, is DISMISSED WITHOUT PREJUDICE for failure to file the required IFP application.

1        **The Clerk shall terminate all pending motions as moot and close the file.**

3        **IT IS SO ORDERED.**

5 **DATED**  *01/07/2013*       [signature]
**THELTON E. HENDERSON**
**United States District Judge**

G:\PRO-SE\TEH\CR.12\Canada 12-5618-dismiss comp.wpd